# Court of Appeals
# of the State of Georgia

ATLANTA,  August 06, 2020

*The Court of Appeals hereby passes the following order:*

## A20A2051.  NANCY GASTEL v. DEKALB COUNTY, GEORGIA et al.

The superior court dismissed Nancy Gastel's complaint, which asserted inverse condemnation and other claims against the county defendants. Gastel filed both a discretionary application (Case No. A20D0405) and this direct appeal. After we granted the discretionary application, Gastel filed a second notice of appeal, leading to the docketing of Case No. A21A0032. Gastel has filed an "Acknowledgment of Mootness" in this case indicating her intention to file briefing only in Case No. A21A0032. Because the two appeals are materially identical, this case is hereby DISMISSED as superfluous.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,  08/06/2020*
*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ , *Clerk.*